UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 07CR 0868 |
| vs. | ) |
| | ) Magistrate Judge Sidney I. Schenkier |
| ROY LEE GOODMAN, JR. | ) **UNDER SEAL** |
| | ) |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

The United States of America, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully request that the Court seal the criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant before the Arrest Warrant can be executed could result in defendant's flight to avoid prosecution and possible harm to law enforcement agents. Accordingly, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the arrest of defendant Roy Lee Goodman, Jr., until January 25, 2008, until the government's motion to unseal the materials, or until further order of the Court, whichever comes first.

Dated: December 27, 2007

FILED
DEC 2 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: _____
FARIS J. HUSSEIN
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-4156