UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 07 cr 868-1 |
| vs. ) | |
| ) | Magistrate Judge Sidney I. Schenkier |
| ROY LEE GOODMAN, JR. ) | **UNDER SEAL** |
| ) | |

### ORDER

It is hereby ORDERED that the Complaint, Affidavit, Arrest Warrant, and the government's Motion to Seal, all dated December 27, 2007, are hereby SEALED as the Court finds that the disclosure of the information contained in these document could result in defendant's flight to avoid prosecution and possible harm to law enforcement agents. It is further ORDERED that these documents are SEALED until and including the date on which is arrested, until January 25, 2008, until the government's motion to unseal the materials, or until further order of the Court, whichever comes first.

ENTER:

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

Dated: December 27, 2007

2