# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES:** [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

**IN THE CASE OF:** USA vs. Roy Lee Goodman

**LOCATION NUMBER:** 

**PERSON REPRESENTED (Show your full name):** Roy Lee Goodman, Jr.

- 1 [X] Defendant – Adult
- 2 [ ] Defendant – Juvenile
- 3 [ ] Appellant
- 4 [ ] Probation Violator
- 5 [ ] Parole Violator
- 6 [ ] Habeas Petitioner
- 7 [ ] 2255 Petitioner
- 8 [ ] Material Witness
- 9 [ ] Other (Specify)

**CHARGE/OFFENSE:** Title 18 § 1951  [X] Felony  [ ] Misdemeanor

FILED DEC 28 2007 December 28, 2007 Magistrate Judge Sidney I. Schenkier

**DOCKET NUMBERS**
- Magistrate:
- District Court: 07 CR 0868
- Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? [X] Yes  [ ] No  [ ] Am Self Employed
- Name and address of employer: City of Hammond – 5139 Columbia Ave.
- IF YES, how much do you earn per month? $2400.00 (450.00 crossed out)
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? [X] Yes  [ ] No
- IF YES, how much does your Spouse earn per month? $2500.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [X] Yes  [ ] No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $625.00  Rental Property

**CASH**
- Have you any cash on hand or money in savings or checking account? [ ] Yes  [X] No  IF YES, state total amount $

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [X] Yes  [ ] No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $85,000 (crossed out)  DESCRIPTION: Real Estate

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: [X] MARRIED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Bankruptcy | | $? | $1320 |
| Home | | $50,000 | $ |
| Utilities | | $ | $650 |
| Auto | | $ | $250 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/28/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)