# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 868 - 1 | **DATE** | 1/3/2008 |
| **CASE TITLE** | United States of America vs. Roy Goodman | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant waives detention hearing without prejudice to defendant's right to move for pretrial release on conditions at a later time. The defendant will be detained in custody pending trial or order of the Court.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|

Case 1:07-cr-00868   Document 8   Filed 01/03/2008   Page 1 of 1

07CR868 - 1 United States of America vs. Roy Goodman                                                         Page 1 of 1