UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 07 CR 868 |
| v. | ) Magistrate Judge Sidney I. Schenkier |
| | ) |
| ROY LEE GOODMAN, JR. | ) |

## GOVERNMENT'S MOTION TO DISMISS
## COMPLAINT WITHOUT PREJUDICE

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal without prejudice of the complaint in the above-captioned case pursuant to Fed. R. Crim. P. 48(a).

Counsel for the government has spoken with counsel for the defendant and defendant's counsel has no objection to this motion.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:  /s/ Faris J. Hussein
FARIS J. HUSSEIN
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4156

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), that the Government's Motion to Dismiss without Prejudice was served on Anthony Schumann, pursuant to the district court's ECF system, on January 8, 2008.

By:    /s/ Faris J. Hussein
         FARIS J. HUSSEIN
         Assistant United States Attorney
         219 South Dearborn Street
         Chicago, Illinois 60604
         (312) 353-4156